# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| Case No: | 19-22862 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MAXINE J. RICH | | | | Date Filed (f) or Converted (c): | 08/14/2019 (f) |
| | | | | | 341(a) Meeting Date: | 09/10/2019 |
| For Period Ending: | 12/31/2019 | | | | Claims Bar Date: | 12/12/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2015 HYUNDAI ELANTRA GT  BANK OF AMERICA SECURED LIEN $9,647 | 8,525.00 | 6,125.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS AND FURNITURE COUCH, BEDROON SET, DINNING TABLE, HUTCH | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. TV & ELECTRONICS "52" FLATSCREEN TV | 200.00 | 0.00 | | 0.00 | FA |
| 4. ANTIQUES, VALUABLE BOOKS, VALUABLE COLLECTIONS ELVIS PLATES, NASCAR MEMORABILIA | 500.00 | 0.00 | | 0.00 | FA |
| 5. NORMAL APPAREL SHOES, SWEATERS, PANTS, JACKETS, COSTUME JEWELRY | 700.00 | 0.00 | | 0.00 | FA |
| 6. 1, CAT | 50.00 | 0.00 | | 0.00 | FA |
| 7. PNC BANK | 80.00 | 0.00 | | 0.00 | FA |
| 8. LIFE INSURANCE POLICIES TERM DEATH BENEFIT ONLY | 0.00 | 0.00 | | 0.00 | FA |
| 9. Possible claim for personal injury against island city rehabilitation center (u) | Unknown | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $12,055.00        $6,126.00        $0.00        $1.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Received initial update from PI atty. Filed Mt to employ PI atty 10/1/19. 10/4/2019 court order entered granting app to employ special counsel. Status report received 11-22-2019. Defendant in PI case answer and filed affirmative defenses.

Initial Projected Date of Final Report (TFR): 09/01/2020     Current Projected Date of Final Report (TFR): 09/01/2020

Trustee Signature:     /s/ Peter N. Metrou, Trustee     Date: 01/23/2020

Peter N. Metrou, Trustee
123 W. Washington St.
Suite 216
Oswego, IL 60543
(630)551-7171
met.trustee7@att.net

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-22862  
Case Name: MAXINE J. RICH  
Trustee Name: Peter N. Metrou, Trustee  
Bank Name:  
Account Number/CD#:  

Taxpayer ID No:  
For Period Ending: 12/31/2019  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | No Bank Accounts |  |  |  |  |  |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

|  |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
|  | TOTAL OF ALL ACCOUNTS |  |  |  |
|  | - | $0.00 | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 | $0.00 |
|  |  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |
| Total Allocation Receipts: | $0.00 |  |  |  |
| Total Net Deposits: | $0.00 |  |  |  |
| Total Gross Receipts: | $0.00 |  |  |  |

Trustee Signature: /s/ Peter N. Metrou, Trustee   Date: 01/23/2020

Peter N. Metrou, Trustee
123 W. Washington St.
Suite 216
Oswego, IL 60543
(630)551-7171
met.trustee7@att.net

Page Subtotals: $0.00  $0.00