# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| Case No: | 19-22862 LAH | Judge: | LaShonda A. Hunt | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | MAXINE J. RICH | | | Date Filed (f) or Converted (c): | 08/14/2019 (f) |
| | | | | 341(a) Meeting Date: | 09/10/2019 |
| For Period Ending: | 12/31/2020 | | | Claims Bar Date: | 12/12/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2015 HYUNDAI ELANTRA GT  BANK OF AMERICA SECURED LIEN $9,647 | 8,525.00 | 6,125.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS AND FURNITURE COUCH, BEDROON SET, DINNING TABLE, HUTCH | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. TV & ELECTRONICS "52" FLATSCREEN TV | 200.00 | 0.00 | | 0.00 | FA |
| 4. ANTIQUES, VALUABLE BOOKS, VALUABLE COLLECTIONS ELVIS PLATES, NASCAR MEMORABILIA | 500.00 | 0.00 | | 0.00 | FA |
| 5. NORMAL APPAREL SHOES, SWEATERS, PANTS, JACKETS, COSTUME JEWELRY | 700.00 | 0.00 | | 0.00 | FA |
| 6. 1, CAT | 50.00 | 0.00 | | 0.00 | FA |
| 7. PNC BANK | 80.00 | 0.00 | | 0.00 | FA |
| 8. LIFE INSURANCE POLICIES TERM DEATH BENEFIT ONLY | 0.00 | 0.00 | | 0.00 | FA |
| 9. Possible claim for personal injury against island city rehabilitation center (u) | Unknown | 1.00 | | 0.00 | 1.00 |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $12,055.00 | $6,126.00 | | $0.00 | $1.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Received initial update from PI atty. Filed Motion to employ PI atty 10/1/19. 10/4/2019 court order entered granting application to employ special counsel. Status report received 11-22-2019.  Defendant in PI case answer and filed affirmative defenses. Received status report for Special counsel.  Initial discovery stage.  Case management conference set June 3, 2020. Case is delayed due to covid-19, depositions are being rescheduled-10-20-2020. Status on 1-25-2021 - working on expert depositions.

RE PROP #      9     --     Asset# 9 indicated as remaining value of $1 due to ongoing litigation.

Initial Projected Date of Final Report (TFR): 09/01/2020          Current Projected Date of Final Report (TFR): 11/01/2021

Trustee Signature: <u>/s/ Peter N. Metrou, Trustee</u>   Date: 01/27/2021

Peter N. Metrou, Trustee
123 W. Washington St.
Suite 216
Oswego, IL 60543
(630)551-7171
met.trustee7@att.net

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-22862  Trustee Name: Peter N. Metrou, Trustee
Case Name: MAXINE J. RICH  Bank Name:
 Account Number/CD#:

Taxpayer ID No:  Blanket Bond (per case limit): $1,000,000.00
For Period Ending: 12/31/2020  Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:  $0.00  $0.00

|  | | TOTAL OF ALL ACCOUNTS | | |
|---|---|---|---|---|
|  | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|  | - | $0.00 | $0.00 | $0.00 |
|  | | $0.00 | $0.00 | $0.00 |
|  | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |
| | Total Allocation Receipts: | $0.00 | | |
| | Total Net Deposits: | $0.00 | | |
| | Total Gross Receipts: | $0.00 | | |

Trustee Signature: <u>/s/ Peter N. Metrou, Trustee</u>   Date: 01/27/2021

Peter N. Metrou, Trustee
123 W. Washington St.
Suite 216
Oswego, IL 60543
(630)551-7171
met.trustee7@att.net

Page Subtotals: $0.00    $0.00